Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2602 | **DATE** | 10/27/2005 |
| **CASE TITLE** | Hill vs. The Tribune Company | | |

**DOCKET ENTRY TEXT:**

Memorandum Opinion dated October 13, 2005 [47] is corrected as follows. On page 8, line 10 of the first full paragraph, "last-in-last-out" is changed to "last-in-first-out."

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|